1059778

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 24 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ERIC PERRY (DOB 05/24/1978)
144 Central Street, Apt. 3, Central Falls, RI

## WARRANT FOR ARREST

CASE NUMBER: 1:05M109A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Eric Perry
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possession with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. Secs. 841(a)(1) and (b)(1)(B); possession with intent to distribute a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. Secs. 841(a)(1) and (b)(1)(C); and knowingly possess ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. Sec. 922(g)(1)

in violation of Title 21 & 18 United States Code, Section(s) [21]841(a)(1)&(b)(1)(B)&(b)(1)(C);[18]922(g)(1)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

8/25/05 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ; returned to ACI | | |
| DATE RECEIVED 08/24/2005<br>DATE OF ARREST 09/08/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.