AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Eric Perry

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05M109A

I, Eric Perry, charged in a ☒ complaint ☐ petition pending in this District with Poss. of over 5grams of Cocaine base with intent to distribute in violation of Title 21, U.S.C., 841,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

[signature]
*Defendant*

9-16-05
*Date*

[signature]
*Counsel for Defendant*