IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 136 T |
| | ) | |
| | ) | Cr. No. ___________ |
| vs. | ) | In violation of: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)& (C); and, 18 U.S.C. § 922 (g)(1) |
| | ) | |
| ERIC PERRY | ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about April 28, 2005, in the District of Rhode Island, the defendant, ERIC PERRY, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

### COUNT II

On or about April 28, 2005, in the District of Rhode Island, the defendant, ERIC PERRY, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT III

On or about April 28, 2005, in the District of Rhode Island, the defendant, ERIC PERRY, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, ammunition, to wit, three rounds of Winchester 9mm ammunition, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHANIE S. BROWNE
ASSISTANT U.S. ATTORNEY

MARY E. ROGERS
ASSISTANT U.S. ATTORNEY
CHIEF, OCDETF UNIT

Dated: 12-13-05