AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

ERIC PERRY

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05 136T

I, Eric Perry, the above named defendant, who is accused of

Possession with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance (Count I), in violation of 21 U.S.C. Secs. 841(a)(1) & (b)(1)(B); possession with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance (Count II), in violation of 21 U.S.C. Secs. 841(a)(1) & (b)(1)(C); and possession of ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. Sec. 922(g)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1-3-06 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ERIC PERRY
*Defendant*

KEVIN J. FITZGERALD, ESQUIRE
*Counsel for Defendant*

Before ______________
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.