# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR05-136T***

RECEIVED
JAN 13 2006
US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Eric Perry**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the 8th day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring [illegible]

[illegible]

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: January 12, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** ______________________
***Ryan Jackson, Deputy Clerk***