UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 05-0136T |
| | ) | |
| ERIC PERRY | ) | |

NOTICE OF APPEAL

NOW COMES the defendant, Eric Perry and hereby notices his appeal to the First Circuit of his sentence imposed on June 9, 2006

Respectfully submitted,

Kevin J. Fitzgerald
Assistant Federal Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

Certification

I hereby certify that on this 13th day of June, 2006, I mailed a true copy of the within notice to Stephanie Browne, AUSA, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.