MANDATE

05-00136
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-2027

UNITED STATES,
Appellee,

v.

ERIC PERRY,
Defendant, Appellant.

Before
Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lynch, Circuit Judge.

**JUDGMENT**

Entered: February 13, 2007

Counsel has submitted a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Appellant has not submitted a pro se supplemental brief.

After a careful review of the record and of the potential issues flagged by counsel, we agree that there are no non-frivolous issues on appeal. The sentencing court did not err and was well within its discretion in its grouping of the counts of conviction. The court considered the sentencing factors listed in 18 U.S.C. § 3553(a) and explained in detail the reasoning behind its imposition of a 92 month prison sentence, which was at the bottom of the applicable advisory guideline sentencing range. Given the statutory minimum, the reasoned explanation, and the plausible outcome, we do not regard the sentence as unreasonable. See United States v. Jimenez-Beltre, 440 F.3d 514 (1st Cir. 2006)(en banc).

The judgment is affirmed.

Counsel's request to withdraw from representation is granted.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MH
Deputy Clerk

Date: 3/9/07

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: ______________________
Chief Deputy Clerk.

[cc: John T. Ouderkirk, Jr., Esq., Donald Lockhart, AUSA]