UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR05-0136T
)
ERIC PERRY )

DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes Eric Perry, the Defendant in the above captioned matter, and hereby requests to proceed in this matter *in forma pauperis*. The defendant has been declared indigent by the Court in this matter and has previously been represented by the Federal Public Defender. The defendant remains indigent (he has been incarcerated since April 28, 2005) and is in need of appointed counsel to pursue a sentence reduction based on the retroactive amendment to the cocaine base sentencing guidelines. Attached is the defendant's completed financial affidavit.

Respectfully Submitted,

Eric Perry