UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 05-136-1 T

ERIC PERRY

**DEFENDANT'S MOTION TO MODIFY SENTENCE PURSUANT TO 18 U.S.C. §3582**

Now comes the Defendant, Eric Perry, and pursuant to 18 U.S.C. §3582(c)(2), respectfully requests this Court grant a downward modification of his sentence.

The grounds for this Motion are set out in the accompanying Memorandum.

Respectfully submitted,

ERIC PERRY
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 28th day of May, 2008, that I caused a true copy of this Motion to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Stephanie Browne
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
**ANDREW BERG**