UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R. No. 05-136-1 T

ERIC PERRY

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION TO MODIFY SENTENCE PURSUANT TO 18 U.S.C. §3582**

Defendant, Eric Perry ("Perry"), has filed a Motion pursuant to 18 U.S.C. §3582(c)(2), requesting a downward modification of his sentence. For the following reasons, Perry requests this Court grant his Motion.

On February 8, 2006, Perry plead guilty to the above-captioned, three count indictment, charging him with one count of possession with intent to deliver cocaine base, one count of possession with intent to deliver powder cocaine, and one count of being a felon in possession of ammunition. On June 9, 2006, Perry was sentenced by this Court to 92 months of incarceration, and three years of supervised release. The prison term was at the low end of the guideline range. Perry is currently serving this sentence at the United States Prison.

On November 1, 2007, the United States Sentencing Commission ("the Commission") promulgated its current iteration of its Guidelines Manual. Among the amendments to prior versions of the Guidelines Manual was a reduction in the offense level for most offenses involving cocaine base. United States Sentencing Commission, Guidelines Manual ("USSG"), §2D1.1 ("the Amendment"). Specifically, the

Commission's Amendment reduced the controversial 100-to-1 cocaine base to powder cocaine sentencing ratio to approximately 20-to-1.[1]

The most recent update to the Sentencing Guidelines, effective March 8, 2008, also provides that the Amendment should be applied retroactively to lower the sentences of defendants serving a term of imprisonment, if the Amendment would have resulted in a lower Guidelines range. USSG §1B1.10. *See also* U.S.C. § 3582(c).[2]

As it pertains to Perry, the Amendment results in a lower Guidelines range. According to a Memorandum filed in this case by U.S. Probation Officer Kristen Mattias, the Amendment to the Guidelines results in a one level reduction in Perry's offense level. The resulting Guidelines range, following the Amendment, is 84 to 105 months.[3] Memorandum of USPO Kristin Mattias, dated April 23, 2008.

At his original sentencing, this Court sentenced Perry to the low end of the Guidelines range as calculated at the time. Accordingly, Perry is requesting this Court modify his sentence, and impose a term of imprisonment at the low end of the revised calculation, 84 months.

---

[1] A detailed recounting of the history of the 100-to-1 ratio, the resulting controversy, and the recent Amendment by the Commission is found in *Kimbrough v. United States*, ___ U.S. ____, 128 S.Ct. 558, 566-69, 169 L.Ed.2d 481, 491-94 (2007)

[2] U.S.C. § 3582 reads in relevant part as follows:

> **(c) Modification of an imposed term of imprisonment.** - The court may not modify a term of imprisonment once it has been imposed except that –
> **(2)** in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment[.]

[3] Perry agrees that the Probation Officer's revised Guidelines calculation is correct.

**Conclusion**

For the foregoing reasons, Perry requests that this Court modify his sentence of imprisonment to 84 months. In the alternative, if this Court is not inclined to grant this relief, Perry respectfully requests a hearing of this Motion.

Respectfully submitted,

ERIC PERRY
By his attorney

/S/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 28th day of May, 2008, that I caused a true copy of this Memorandum to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Stephanie Browne
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center
8th Floor
Providence, RI 02903

/s/ Andrew Berg
**ANDREW BERG**