UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ERIC PERRY,
Petitioner

v. CR No. 05-136T
CA No. 08-196T

UNITED STATES OF AMERICA,
Respondent

**ORDER**

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. § 2255" on or before June 25, 2008.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: May 28, 2008