**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

| | | |
|---|---|---|
| **ERIC PERRY,** Petitioner, | * | **CIVIL CASE NO. ______** |
| **VS.** | * | |
| **UNITED STATES OF AMERICA,** Respondent. | * | **CRIMINAL CASE NO. 05-136-T** |
| | * | |

---

**PETITIONER'S MOTION TO CORRECT TYPOGRAPHICAL ERROR WITHIN MOTION TO VACATE SENTENCE**

---

Comes Now, Petitioner Eric Perry ("Perry"), and respectfully seeks leave of this Court to correct a typographical error appearing at page eleven ("11") of his motion to vacate sentence filed under 28 U.S.C. § 2255. After completing and mailing the § 2255 motion, Perry has noticed that he inadvertently omitted several words from sentences found at page 11 of the § 2255 motion. Perry has reproduced page 11 in an effort to correct the typo-error appearing at page 11. The reproduced page 11 has been attached hereto. This attached page replaces the prior page 11.

**RESPECTFULLY SUBMITTED,**

Eric Perry
**ERIC PERRY, PRO SE.**

**EXECUTED ON THIS 14TH DAY OF MAY, 2008.**

Eric Perry
**ERIC PERRY, PRO SE.**
**REG. NO. 05653-070**
**USP-CANAAN**
**POST OFFICE BOX 300**
**WAYMART, PA 18472**