IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-136T |
| | : | CA. No. 08-196T |
| ERIC PERRY | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Gerard B. Sullivan, Assistant United States Attorney, hereby enter my appearance as counsel for the United States of America in the above matter. Assistant United States Attorney Stephanie S. Browne, who was previously assigned this matter, is no longer lead attorney in this case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar #3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov

CERTIFICATION OF SERVICE

On this 5th day of June, 2008, I caused the with Notice of Attorney Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Eric Perry, Pro Se
05653-070
USP-Canaan
P.O. Box 300
Waymart, PA 18472

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar #3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov