UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC PERRY

V.

UNITED STATES OF AMERICA

Civil Case No. 08-196 T
Crim. Case No. 05-136 T

**PETITIONER'S VOLUNTARY DISMISSAL OF HIS PETITION PURSUANT 28 U.S.C. §2255**

Now comes the Petitioner, Eric Perry, and pursuant to Rules of Civil Procedure 41(a)(1), does hereby voluntarily dismiss my petition under 28 U.S.C. §2255 in the above-entitled cases ("the Petition"). In support of this Motion, I aver the following:

1. The Government has not filed a responsive pleading in this matter.
2. No one has made any threats or promises to induce me to dismiss my Petition.
3. I understand that any re-filing of a petition pursuant to 28 U.S.C. §2255 would likely be time barred. Consequently, the dismissal of my Petition is, for all intents and purposes, "with prejudice" against re-filing a subsequent petition.

Respectfully submitted,

ERIC PERRY, Pro Se
Reg. No. 05653-070
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

**CERTIFICATION OF SERVICE**

I hereby certify that on this 24 day of July, 2008, that I caused a true copy of this Dismissal to mailed to Assistant U.S. Attorney Gerard Sullivan, Office of the United States Attorney, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903.